SCWC-12-0001070

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

GARY KARAGIANES,
Petitioner/Appellant-Appellant,

vs.

HAWAI'I OMBUDSMAN, ROBIN K. MATSUNAGA,
Respondent/Appellee-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0001070; CIVIL NO. 12-1-2213-08)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson JJ.)

Petitioner/Appellant-Appellant Gary Karagianes's

Application for Writ of Certiorari filed on May 19, 2014, is

hereby rejected.

DATED: Honolulu, Hawai'i, June 24, 2014.

Gary Karagianes
petitioner pro se

Patricia Ohara
Kyle K. Chang
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

